## Florence Long, Plaintiff-Appellee, v. Owen Long, Defendant-Appellant.

### Gen. No. 10,557.

Robert R. Canfield, for appellant; Dale F. Conde, of counsel; Berry & Simmons, for appellee; James Berry, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed January 8, 1952; released for publication January 28, 1952.